CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Telephone: (702) 385-1954
Facsimile: (702) 385-9081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REV. JESSE D. SCOTT, | Case No.: 2:08-cv-01185-PMP-GWF |
| Plaintiff, | |
| v. | |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, United States of America, | |
| Defendant. | |

## ORDER OF DISMISSAL

The Notice of Dismissal and Exhibits having been filed, the Court being fully advised in the premises and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the instant matter is dismissed pursuant to the death of Plaintiff and the withdrawal of the underlying collection matter by Allstate Adjustment Bureau.

IT IS SO ORDERED this __ 18th day of January, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
POTTER LAW OFFICES

By /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*